**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALLAEDHIN QANDAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-CV-00053-JCH |
| | ) | |
| ST. CHARLES COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff Allaedhin Qandah by and through counsel, respectfully requests leave of Court,

pursuant to Local Rule 83 – 13.05(A) and Federal Rule of Civil Procedure 26(c), to file certain

exhibits under seal from his Response to Defendants' Motion for Summary Judgment.

In support thereof, Mr. Qandah states as follows:

1.      This litigation involves voluminous records in the custody of Defendant St. Charles

County involving personal identifying information for employees and inmates of the St. Charles

County Jail.

2.      In addition, portions of the deposition testimony in this case has been designated as

"Confidential" by Defendants' counsel pursuant to the Protective Order in this case. ECF No 23.

3.      Accordingly, Plaintiff hereby seeks leave of this Court to file the following exhibits

to Plaintiff's Response to Defendants' Motion for Summary Judgment and Plaintiff's Statement

of Additional Facts under seal, attached hereto:

        a.   Exhibit 7, McKee I Dep. Excerpts;

        b.   Exhibit 21, McKee II Dep. Excerpts;

        c.   Exhibit 23, Qandah Health Progress Notes 1-2;

      d.   Exhibit 30, Officer Cast Personnel File;

      e.   Exhibit 37, Use of Force Reports;

      f.   Exhibit 38, Officer Graebner Personnel File;

      g.   Exhibit 42, Inmate Complaints; and

      h.   Exhibit 43, Officer McKee Personnel File.

Wherefore, Plaintiff requests leave of this Court to file the attached exhibits to his Response to Defendants' Motion for Summary Judgment and his Statement of Additional Facts under seal.

Dated:  September 11, 2020

Respectfully submitted,

**ArchCity Defenders, Inc.**

By:/s/ Maureen Hanlon
Blake A. Strode (MBE #68422MO)
John M. Waldron (MBE #70401MO)
Maureen Hanlon (MBE #70990MO)
440 N. 4th Street, Suite 390
Saint Louis, MO 63102
855-724-2489 ext. 1012
314-925-1307 (fax)
bstrode@archcitydefenders.org
jwaldron@archcitydefenders.org
mhanlon@archcitydefenders.org

and

**Khazaeli Wyrsch, LLC**
James R. Wyrsch, #53197
Javad M. Khazaeli, #53735
Kiara N. Drake, #67129MO
911 Washington Ave. #211
Saint Louis, MO 63101
314-288-0777
314-400-7701 (fax)
james.wyrsch@kwlawstl.com
javad.khazaeli@kwlawstl.com
kiara.drake@kwlawstl.com
*Attorneys for Plaintiffs*