# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ALLAEDHIN QANDAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20CV53 JCH |
| ) | |
| ST. CHARLES COUNTY, MISSOURI, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiff Allaedhin Qandah's Motion for Sanctions, filed July 10, 2020. (ECF No. 30). Having considered the parties' submissions, the Court will now grant Plaintiff's motion in its entirety.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Allaedhin Qandah's Motion for Sanctions (ECF No. 30) is **GRANTED**.

**IT IS FURTHER ORDERED** that the following facts are deemed admitted:

(1) From 2010 through 2017, St. Charles County did not have policies, protocols, and practices in place to fully retain, record or track inmate complaints made against correctional staff; and

(2) From 2010 through 2017, St. Charles County did not have policies, protocols, and practices to fully retain, record and track inmate complaints of being denied medical care.

**IT IS FURTHER ORDERED** that Plaintiff is granted until **Monday, September 28,**

- 2 -

**2020**, within which to file a motion seeking an award of his expenses that would not have been sustained had St. Charles County complied with this Court's January 13, 2020, Order without additional effort from Plaintiff. Defendants are then granted until **Tuesday, October 13, 2020**, within which to respond to Plaintiff's motion, and Plaintiff is granted until **Friday, October 23, 2020**, within which to file his reply, if any.

Dated this 8th Day of September, 2020.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE