

**Jeff Cast**

# VERY GOOD QUESTION!!





Why is this OK?

And this isn't?

Nuff Said????????

Share this if only you ask the same

question

**Kaye Chancey**
September 28, 2012

Lisa M Glenn

Like          Comment          Share

EXHIBIT 46-002

**Jeff Cast**
April 11, 2013 ·

# Hyp⬤crisy 101

We are supposed not to judge all Muslims by the acts of a few crazies...



but the acts of a few American crazies is enough to condemn all Americans who own guns.



I will not be intimidated. I will not be silenced. I am an American.
April 11, 2013 ·

Like Page

3 Shares

**EXHIBIT 46-003**



**EXHIBIT 46-004**





December 10, 2013 ·

**EXHIBIT 46-005**

answering questions about my dog! Yes, he mauled 6 people wearing Obama t-shirts, 4 people wearing Pelosi t-shirts, 2 other democrats, 9 teenagers with pants hanging past their crack, 3 flag burners, and a Pakistani taxi driver.  For the last time ...  **the dog is not for sale !!!** No, I do **not** approve of his licking his ass, but he says it helps get the "bad taste" out of his mouth!!!

**Cold Dead Hands** is with **Chassidy Byrd** and **34 others**.
December 9, 2013 ·

Like Page

#tcot #pjnet #nra #2a #guns

No way I am giving up this dog.

See More

| Like | Comment | Share |

Write a comment...

Ad Choices



**EXHIBIT 46-007**



**Jeff Cast**
July 1, 2014 ·

-3:05

**Janet Williams Horn**
December 6, 2012

Atlanta TELEVISION NEWSCAST - National Disgrace
I'll bet there's about 75% or more of the people in
this country that will never get the word on this.
For Amer...
See More

| Like | Comment | Share |

 Write a comment...

EXHIBIT 46-008



**Jeff Cast**
September 2, 2014 ·



YOUNGCONS.COM
**9-Second Video Proves Why Islamic Jihadists Will NEVER 'take over the world'**

| Like | Comment | Share |
|------|---------|-------|



Write a comment...

**Jeff Cast**
September 2, 2014

**EXHIBIT 46-009**

Jeff Cast

Jeff    Home    Find Friends    Create    2    6

Manage Posts    List View    Grid View

Joddie Marhanka
Joe Toberman
Nathan Baethke
Luke Mi
Dino Porrazzo
Tyler Ray
Brandy Nugent
Clint Blankenship
Ryan Collier
Scott Zerr
Susan-Marie Stasiak …    2h
Josh Daniel
Chad Grapperhaus    8h
Tracy Nansel Leslie    2h
Kelly Perkins
Tricia Ellison    8m



WWW.GODVINE.COM
**When I Saw The Puppies With This Abandoned Mom My Heart Sank. Until Hope Arrived - Wow!**

Like          Comment          Share

Write a comment...

**GROUP CONVERSATIONS**
Corrina, Lisa, Tricia, 2 others
Edward, Brett, Lou, 5 others

**Jeff Cast**
December 17, 2014 ·



EMPIRENEWS.NET
**Bin Laden Shooter Rob O'Neill Mistakenly Attacked By Street Thugs Seeking To Collect Debt From...**

6 Shares

Like          Comment          Share

Write a comment...

**Jeff Cast**
December 16, 2014 ·



DAILYMAIL.CO.UK | BY DAILY MAIL
**84 children shot dead as Taliban gunmen storm Pakistan school**
The attack, in Peshawar, started with the gunmen entering the school in the…

Like          Comment          Share

Search



**EXHIBIT 46-010**

Jeff Cast
January 17, 2015

FOX NEWS channel

OPENING Statement

TERROR IN PARIS

K SAYS THE BOOSTER CAME DOWN TOO HARD AND BROKE APART... THE PRIM

8,133,225 Views

Judge Jeanine Pirro
January 13, 2015 · 🌐

🔼 Like Page

In case you missed it– #JusticeOnFox Opening Statement:

"I've been telling you for a year that they're coming for us. That there is a reverse crusade in progress, a Christian genocide. Hundreds of thousands of innocents killed in the Middle East.

Seven months ago, I said that we needed to bomb ISIS as it began to steamroll through Iraq. Bomb them. Bomb them. And bomb them again."

👍 Like    💬 Comment    ➤ Share



**Jeff Cast**
May 31, 2016 ·



Def.007831

**EXHIBIT 46-012**

Jeff Cast
Jul 15, 2016

It wasn't a gun. It wasn't a bomb. It's wasn't a machete.

It was a truck. A truck. 2-3 minutes. 84 now dead, including 10 children.

Do you understand now? It's not the weapon. It's the ideology.

The Three Percenters - Original
July 15, 2016 ·

~Punisher III%

Like Page

Audrey Miller Cast



**Jeff Cast**
December 1, 2016 ·

**Fortress Defense Consultants**
December 1, 2016 ·

Latest from the blog.

#Ohiostate #ISIS #terrorist #CCW #gunfreezones

FORTRESSDEFENSE.COM
**Monday Trifecta**
"By Allah, I am willing to kill a billion infidels" - Abdul Razak Ali Artan...

Shirley Williams-Stasiak and 1 other

Def.008242

Sear

**Jeff Cast**

EXHIBIT 46-014

A Muslim can murder 50 homosexuals, and Liberals still defend the religion, but a Christian who refuses to bake a homosexual's wedding cake endures nationwide shaming on behalf of their religion....

This is how ridiculous liberals look to everybody these days.

LIKE & SHARE

Being Liberal Means Being a Hypocrite 2

Like Page



Trey Gowdy News and Support
January 20, 2018 ·

Audrey Miller Cast, Jean Grelewicz Zak and 1 other          2 Shares

**EXHIBIT 46-016**



Jeff Cast
May 1

Why do we send Men to War in mid - east and then bring the enemy here feed and house them give

Def.000611

e?lst=1680982650%3A1680982650%3A1573051817

Jeff    Home    Find Friends

Manage Posts | List View | Grid View

Muslim pirates sold over a million white Europeans into slavery between the 1500s and 1800s.

My ancestors were European. I'd like some reparations please.



**Joel Schmitz**
June 22 ·

Like Page

Ditto.

Like          Comment          Share

**EXHIBIT 46-018**

Search Results

... HOW ... [illegible] ... KNOWN DOWN ...
WHAT HE D... [illegible] ...
Immigration ac ... law being Act that passed some in
1952. Islamic immigration to the U.S. is prohibited under
this law because the Koran, Sharia Law and the Hadith
all require complete submission to Islam, which is
antithetical to the US government, the Constitution, and
to the Republic. All Muslims who believe that the Koran
is life's guiding principal also believe in total submission
to islam & sharia law.

To all who claim that Islam is a religion, read the law
again ... the law states that Aliens who are affiliated with
ANY "organization" that advocates the overthrow of the
U.S. government are prohibited

Here is number 8 US Code 1182, inadmissible aliens.
This law was written in 1952. It was passed by a
Democrat controlled Congress, House and Senate, and
signed by a Democrat president

"Suspension of entry or imposition of restrictions by
president. Whenever the president finds that the entry of
any aliens or of any class of aliens into the United
States would be detrimental to the interests of the
United States, the president may, by proclamation, and
for such period as he shall deem necessary, suspend
the entry of all aliens or any class of aliens as
immigrants or non-immigrants or impose on the entry of

EXHIBIT 46-019

Jeff Cast shared a photo.



EXHIBIT 46-020

**Jeff Cast**

August 17, 2014 ·



THREEPERCENTERNATION.COM

**Former NBA Star: 'Al Sharpton is a coon'**

Def.007076

?lst=1680982650%3A1680982650%3A1573051817



Jeff Gast
November 24, 2014 ·

**EXHIBIT 46-021**



TPNN.COM
**Former Marine Brutally Beaten as Revenge for Ferguson; Told
Waffle House 'Not Safe for Whites';...**

1

| Like | Comment | Share |

 Write a comment...

EXHIBIT 46-022

Way beyond sick and fucking tired. A white life in this country is worthless. Is that piece of shit Obama speaking to her family today? ???? Didn't think so. Where's Jessie and all the other Asshole at. Hell at the very least denounce what they are doing. But no you won't hear a thing. More gangstas need to die in a hurry. Wouldn't be disappointed at all if the grandpa went on a shooting spree of his own. ..... hell take the girls mom dad uncles and everyone else who loved that lil girl and go get some.

Nov 13, 2014, 10:23 AM

**EXHIBIT 46-023**

**Jeff Cast**
August 18, 2014 ·



UNIVERSALFREEPRESS.COM

**KKK Arrives In Ferguson to Support Their 'Hero' Cop Who Shot Brown, Hate Heats Up**

Like          Comment          Share

Write a comment...



**Jeff Cast**
November 23, 2014 ·

DEFUND.COM

**Black Woman Brutally Attacks White Woman For Being a 'White Bitch in the Hood'**

5 Comments

Like          Comment          Share

View 1 more comment


**Jeff Cast** Because the reporting of black on white crime is nil. How much black on white crime has taken place ( killing ) and its barely a blip in the news. It disgust me when there are drive byes and some child in a crib on the second floor is the only one th... See More

Like · Reply · 4y


**Allola Gomez** So ur mad that a community as a WHOLE not just black people...are angry about a cop shooting an unarmed teen? If the cop was black it wouldnt be any different. Lol what their people are doing to each other and other races...wow you just showed your true colors Cast!

Like · Reply · 4y


**Jeff Cast** You honestly believe if Wilson was black all this mess would be going on. If Brown was shot by a black officer we wouldn't have heard anything from Obama on down.

Like · Reply · 4y


**Tricia Ellison** Only the people who don't understand what a justified shoot is are mad. It's was a clean shoot and people are rioting because they believe it's racist. If the rioters spent half the time and energy they're putting into looting and rioting into understanding the law we wouldn't have such a shit show going on down there.

Like · Reply · 4y


Write a comment...



**Alicia Gomez** Why do you only seem to share stories involving black criminals? Just curious

Like · Reply · 5y

Doc. #: 54-44 Filed: 09/11/20 Page

EXHIBIT 46-025



**Jeff Cast** Because the reporting of black on white crime is nil. How much black on white crime has taken place ( killing ) and its barely a blip in the news. It disgust me when there are drive byes and some child in a crib on the second floor is the only one that gets killed. Don't know why the black community doesn't go after the people that commit those crimes. They happen a lot more than any Ferguson type incidents do. A lot more and yet nothing from Obama Sharpton Jessie Farrakhan. Just once I would like to see a strong black leader denounce what there people are doing to each other and other races as well

Like · Reply · 5y

EXHIBIT 46-026

**Jeff Cast commented on his own link.**

You honestly believe if Wilson was black all this mess would be going on. If Brown was shot by a black officer we wouldn't have heard anything from Obama on down.

Nov 24, 2014, 2:11 AM

**Jeff Cast commented on his own link.**

Because the reporting of black on white crime is nill. How much black on white crime has taken place ( killing ) and its barely a blip in the news. It disgust me when there are drive byes and some child in a crib on the second floor is the only one that gets killed. Don't know why the black community doesn't go after the people that commit those crimes. They happen a lot more than any Ferguson type incidents do. A lot more and yet nothing from Obama Sharpton Jessie Farrakhan. Just once I would like to see a strong black leader denounce what there people are doing to each other and other races as well.

Nov 24, 2014, 12:03 AM

EXHIBIT 46-027

**Jeff Cast**
December 1, 2014 -



UNIVERSALFREEPRESS.COM

**Media Blackout: 12-Year-Old Unarmed White Boy Shot to Death by Black Suspect**

Savannah, Ga. - On Nov. 22, only two days before St. Louis County District Attorney Bob McCulloch announced the grand…

| Like | Comment | Share |
|------|---------|-------|

 Write a comment…

**Jeff Cast**
December 1, 2014 -



THREEPERCENTERNATION.COM

**Have you heard the mainstream media screaming about the white cop killed by a black career criminal a few days ago?…**

| Like | Comment | Share |
|------|---------|-------|

 Write a comment…

 **Jeff Cast**

**EXHIBIT 46-028**

July 9, 2016 ·



THERE IS NO "WAR ON BLACKS."

THERE IS ONLY PUSHBACK AGAINST
THE VIOLENT CRIMINAL CULTURE OF
PEOPLE WHO HAVE NO RESPECT FOR
OTHERS AND BELIEVE THAT THEY
SHOULD BE ABLE TO ACT HOWEVER AND
DO WHATEVER THEY WANT WITHOUT
CONSEQUENCES.

MEMEUS INFIDELUS

**Independent American**
July 9, 2016 ·

Like Page

Shirley Williams-Stasiak

**EXHIBIT 46-029**

Jeff Cast commented on Fox 32 Chicago's link.

Headlines should read 3 black males murder white great grandmother by beating and burning her to death !

Aug 29, 2016, 6:02 PM



John R. Givens



" I thought I was going to Cancun.... but my lawyer said you're going to the Can, Coon".

Sep 28, 2016, 8:25 AM



PENGAD 800-631-6989

EXHIBIT

**EXHIBIT 46-032**



**EXHIBIT 46-033**





**EXHIBIT 46-035**



**EXHIBIT 46-036**



**Jeff Cast**
December 16, 2019

**EXHIBIT 46-037**

I dont even know what to say. I deal with some sick assholes at the jail every day but nothing comes close to this. I cant believe that a elementary school was targeted. Helpless little kids. I have no words. How does a parent take that call. Prayers of strength for all that are involved

Susan-Marie Stasiak Cast and Tricia Ellison

| Like | Comment | Share |
|------|---------|-------|

Write a comment...

**EXHIBIT 46-038**

**Jeff Cast commented on his own post.**

Being right next to Ferguson I have talked to a bunch of BLM idiots and they all think Michael Brown should not have been shot and Officer Wilson was as wrong. Even though there is a mountain of evidence that says Wilson was in the right. Don't forget I work at the St Charles County Jail and I deal with the idiots on a regular basis.

Jan 10, 2017, 9:04 PM

**EXHIBIT 46-039**

**Jeff Cast updated his status.**

Well I told you so....... hate being right about the mother,,,,,,,so sad about the lil boy.....mom needs to be put down and burn in hell !

Nov 16, 2011, 9:36 PM

**Jeff Cast updated his status.**

After watching the news I like my dogs alot more than a whole shit load of people. If they need someone to put a bullet in the face of the lil boys killer im up for it.

Nov 16, 2011, 8:34 AM

EXHIBIT 46-040





**EXHIBIT 46-042**



Jeff Cast
December 9, 2013 ·

Awesome

Police Blotter
December 9, 2013 ·

How many cops does it take to throw a pedophile down the stairs?

None. He fell.

(M)

| Like | Comment | Share |



Write a comment...

EXHIBIT 46-043

With the camera make sure you have a clear shot of the back of their house where they would shoot from and one pointed at where they come over the fence at. Record and document. If that doesn't work call me and I Will come up there and kick the Shit out of the dad. They don't know me and I Will tell him that this will happen every time I'm in town.

Mar 31, 2015, 11:28 AM

EXHIBIT 46-044



**Cubans4Trump**
March 23, 2016 ·

Like Page

"We have to change our laws and we have to be able to fight on an almost equal basis" - Donald J. Trump

Show your support by liking our Facebook page. You can find us at cubans4trump.

Audrey Miller Cast and Shirley Williams-Stasiak                    1 Comment

EXHIBIT 46-045

Took a man down in the middle of the street in front of the bar I owned after he assaulted the Chief of Police. Almost had him choked out when the calvary showed up. Exciting New Years Eve.

Dec 8, 2016, 8:55 PM

Jeff Cast commented on his own post.

**EXHIBIT 46-046**

I agree....... You can't just dive into the pile. It might be taken the wrong way as who exactly are you trying to help. I have asked a officer "need help" when he replied yes I put the offender on the ground and the officer had to tell me to stop from choking him out lol. I was a lil excited. But yes always ask.

Jul 28, 2017, 8:28 AM

## So let me get this straight:

If you cross the North Korean border Illegally, you get 12 years hard labor. If you cross the Afghanistan border illegally, you get shot.  2 Americans got 8 years for crossing into Iran.  If you cross the U.S. border Illegally, you get a job, a driver's license, food stamps, a place to live, health care, child benefits, education and tax free business income for 7 years?  **No WONDER we are a country in debt!!**

### SHARE if you agree!

seano.org

**"jus'sayin"** is with Stephen M. Goosley and 11 others.
March 4, 2013 ·

Like Page

website at:http://imjussayin.co/

Like          Comment          Share

Write a comment...

**EXHIBIT 46-048**



**Jeff Cast**
March 11, 2013 ·



**ARMY, MARINE CORPS CANCEL THEIR TUITION ASSISTANCE PROGRAMS...BUT ILLEGAL ALIENS TO RECEIVE FINANCIAL AID**

**Michael McDonnell**
March 10, 2013

Another example of where obummers priorities are. They are not for America at all. Commie Muslim son of a bitch.

| Like | Comment | Share |
|---|---|---|



Write a comment...

**Def.006701**



**EXHIBIT 46-050**

